| | |
|---|---|
| 1 | **DAVID B. JONELIS (BAR NO. 265235)** |
| 2 | **LAVELY & SINGER** |
| | **PROFESSIONAL CORPORATION** |
| 3 | 2049 Century Park East, Suite 2400 |
| 4 | Los Angeles, California 90067-2906 |
| | Telephone: (310) 556-3501 |
| 5 | Facsimile: (310) 556-3615 |
| 6 | Email:  djonelis@lavelysinger.com |
| 7 | Attorneys for Defendants |
| 8 | CLEAR DISTRIBUTION, LLC, |
| | CLEAR ENTERTAINMENT, LLC, |
| 9 | SPECTER ENTERTAINMENT, LLC, and |
| 10 | DAVID RAYMOND BROWN |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 8TH WONDER PICTURES, LLC, a Delaware limited liability company, | ) ) ) | CASE NO. 2:21-cv-00726-DSF-JEM |
| Plaintiff, | ) ) ) | **DEFENDANTS' CORPORATE DISCLOSURE STATEMENT [F.R.C.P. 7.1] AND CERTIFICATION AND NOTICE OF INTERESTED PARTIES [L.R. 7.1-1]** |
| v. | ) ) | |
| CLEAR DISTRIBUTION, LLC, a California limited liability company; CLEAR ENTERTAINMENT LLC, a Wyoming limited liability company; SPECTER ENTERTAINMENT, LLC, a Wyoming limited liability company; and DAVID RAYMOND BROWN, an individual, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**TO THE COURT AND ALL PARTIES OF RECORD:**

Pursuant to Fed. R. Civ. P. 7.1, defendants CLEAR DISTRIBUTION, LLC, CLEAR ENTERTAINMENT, LLC, and SPECTER ENTERTAINMENT, LLC (collectively, the "Entity Defendants") hereby disclose that (1) their parent corporation is Film Holdings, LLC and (2) no publicly-held corporation owns 10% or more of their stock.

Further, pursuant to L.R. 7.1-1, the undersigned counsel of record for the Entity Defendants hereby certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

| PARTY | CONNECTION/INTEREST |
|---|---|
| Clear Distribution, LLC | Defendant |
| Clear Entertainment, LLC | Defendant |
| Specter Entertainment, LLC | Defendant |
| David Raymond Brown | Defendant |
| Film Holdings, LLC | Parent Corporation of Entity Defendants |
| 8th Wonder Pictures, LLC | Plaintiff |

Dated: February 23, 2021

LAVELY & SINGER
PROFESSIONAL CORPORATION
DAVID B. JONELIS

By: /s/ David B. Jonelis
      DAVID B. JONELIS

Attorneys for Defendants
CLEAR DISTRIBUTION, LLC,
CLEAR ENTERTAINMENT, LLC,
SPECTER ENTERTAINMENT, LLC, and
DAVID RAYMOND BROWN