BUCHALTER
A Professional Corporation
STEVEN M. SPECTOR (SBN: 51623)
MICHAEL J. WORTH (SBN: 291817)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730
Telephone: 213.891.0700
Fax: 213.896.0400
Email:  sspector@buchalter.com
        mworth@buchalter.com

Attorneys for Plaintiff
8TH WONDER PICTURES, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 81H WONDER PICTURES, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CLEAR DISTRIBUTION, LLC, a California limited liability company; CLEAR ENTERTAINMENT, LLC, a Wyoming limited liability company; SPECTER ENTERTAINMENT, LLC, a Wyoming limited liability company; and DAVID RAYMOND BROWN, an individual,<br><br>Defendants. | Case No. 2:21-cv-00726-DSF-JEMx<br><br>**PLAINTIFF'S NOTICE OF CONDITIONAL SETTLEMENT OF ENTIRE ACTION AND REQUEST FOR SETTING AN ORDER TO SHOW CAUSE REGARDING DISMISSAL FOR LACK OF PROSECUTION**<br><br>[Filed Concurrently with [Proposed] Order to Show Cause]<br><br>Complaint Filed: May 11, 2021 |

BN 75297639v1                                                1

**NOTICE OF CONDITIONAL SETTLEMENT OF ENTIRE ACTION AND REQUEST FOR SETTING ORDER TO SHOW CAUSE**    Case No. 2:21-cv-00726-DSF-JEM

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE** that, pursuant to Local Rules 16-15.7 and 40-2, plaintiff 8th Wonder Pictures, LLC ("Plaintiff"), and defendant David Raymond Brown a.k.a. David Brown a.k.a David Brown Levy ("Brown"), have reached a conditional settlement that has resolved this action as between them. Plaintiff and Brown are collectively referred to as the "Parties." As Plaintiff already has a Judgment by Consent in this action against all of the other defendants (*see* Dkt. 59), the only remaining defendant in this action for which a trial was necessary was Brown, with whom Plaintiff has now settled. Pursuant to the terms of the Parties' settlement agreement, Brown has until May 10, 2023 to pay the agreed amount of the settlement to Plaintiff or, failing such, Plaintiff has the right to file a Stipulation for Entry of Judgment against Brown (*i.e.*, on May 11, 2023), the original of which is held by Plaintiff.

Trial in this action is presently set for April 25, 2023, the Pretrial Conference is set for March 27, 2023, and pretrial deadlines are approaching. However, by May 11, 2023, Brown will have paid Plaintiff the full settlement amount, or Plaintiff will have filed the Stipulation for Entry of Judgment it holds against Brown. As such, there is no longer a need for a trial or pretrial deadlines in this action, and the trial date and all related dates and deadlines can be vacated. Because the Parties' settlement is conditional, and Brown has until May 10, 2023 to fully perform thereunder, however, Plaintiff requests that the Court maintain this action as "active" during the interim in the event any issues arise requiring judicial assistance pending Brown's performance under the settlement agreement.

The Receiver appointed in this action is aware of the Parties' settlement and will prepare and file a motion for termination of the receivership and discharge of the Receiver, etc., within the next 30 to 45 days.

Accordingly, Plaintiff respectfully requests that the Court (1) vacate the trial

BN 75297639v1

2

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

**NOTICE OF CONDITIONAL SETTLEMENT OF ENTIRE ACTION AND REQUEST FOR SETTING ORDER TO SHOW CAUSE**

Case No. 2:21-cv-00726-DSF-JEM

date and all related dates and deadlines in this matter, and (2) set an Order to Show Cause regarding Dismissal for Lack of Prosecution for June 5, 2023 at 11:00 a.m., or a date soon after that is convenient to the Court's calendar ("OSC"), with a Reply to the Court's OSC to be filed by Plaintiff ten (10) days prior to the OSC.

DATED: February 24, 2023

BUCHALTER
A Professional Corporation

By: _____
STEVEN M. SPECTOR
MICHAEL J. WORTH
Attorneys for Plaintiff
8TH WONDER PICTURES, LLC

BN 75297639v1

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

**NOTICE OF CONDITIONAL SETTLEMENT OF ENTIRE ACTION AND REQUEST FOR SETTING ORDER TO SHOW CAUSE**

3

Case No. 2:21-cv-00726-DSF-JEM