BUCHALTER
A Professional Corporation
STEVEN M. SPECTOR (SBN: 51623)
MICHAEL J. WORTH (SBN: 291817)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730
Telephone: 213.891.0700
Fax: 213.896.0400
Email:  sspector@buchalter.com
        mworth@buchalter.com

Attorneys for Plaintiff
8TH WONDER PICTURES, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 8TH WONDER PICTURES, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CLEAR DISTRIBUTION, LLC, a California limited liability company; CLEAR ENTERTAINMENT, LLC, a Wyoming limited liability company; SPECTER ENTERTAINMENT, LLC, a Wyoming limited liability company; and DAVID RAYMOND BROWN, an individual,<br><br>Defendants. | Case No.: 2:21-cv-00726-DSF-JEMx<br><br>Hon. Judge Dale S. Fischer<br><br>**STIPULATION FOR ENTRY OF JUDGMENT AS TO DEFENDANT DAVID RAYMOND BROWN ALSO KNOWN AS DAVID BROWN ALSO KNOWN AS DAVID BROWN LEVY PURSUANT TO SETTLEMENT** |

Plaintiff 8th Wonder Pictures, LLC ("8th Wonder"), on the one hand, and Defendant Raymond Brown also known as David Brown and as David Brown Levy ("Brown"), on the other hand (collectively, the "Parties"), by and through 8th Wonder's counsel of record and Defendant in *pro per*, hereby stipulate as follows:

1.   8th Wonder and Brown have agreed to settle and resolve the above referenced action as against Brown, which will resolve this action in full, as the Court has previously entered a Judgment by Consent as to all other Defendants in this action (Dkt. 59). Pursuant to the terms of their settlement, the Parties hereby stipulate to the entry of judgment against Brown for $100,000.00 in favor of 8th Wonder in the form attached hereto as **Exhibit 1**.

2.   The Parties hereby agree and jointly request that the Court retain jurisdiction over this action in connection with any matter relating to or arising out of the enforcement of the Parties' settlement in this action, the terms of this Stipulation for Entry of Judgment, or the terms of the Judgment by Consent entered against the other Defendants in this action on May 10, 2021 (Dkt. 59). As such, the Parties agree to submit to the jurisdiction of the United States District Court for the Central District of California for the purposes set forth herein.

3.   Brown hereby agrees that the Judgment entered pursuant hereto shall, upon entry, be final for all purposes. Brown hereby knowingly, intelligently and voluntarily waives any right to an appeal or any other review of the Judgment entered pursuant to this Stipulation, including findings of fact or conclusions of law, or any other rights and remedies that he may now or at any time hereafter have to attack the Judgment entered in this matter.

/ / /
/ / /
/ / /
/ / /
/ / /

4. If any provision of this Stipulation shall be determined to be invalid, void or illegal, such provision shall be construed and amended in a manner which would permit its enforcement, but in no event shall such provision affect, impair or invalidate any other provision hereof.

**IT IS SO STIPULATED.**

DATED: February 17, 2023

BUCHALTER
A Professional Corporation

By: _____
STEVEN M. SPECTOR
MICHAEL J. WORTH
Attorneys for Plaintiff
8TH WONDER PICTURES, LLC

DATED: February 8, 2023

_____
DAVID RAYMOND BROWN ALSO KNOWN AS DAVID BROWN ALSO KNOWN AS DAVID BROWN LEVY
In *Pro Per*