# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 8TH WONDER PICTURES, LLC, a Delaware limited liability company,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>CLEAR DISTRIBUTION, LLC, a California limited liability company; CLEAR ENTERTAINMENT, LLC, a Wyoming limited liability company; SPECTER ENTERTAINMENT, LLC, a Wyoming limited liability company; and DAVID RAYMOND BROWN, an individual,<br><br>　　　　Defendants. | Case No.:  2:21-cv-00726-DSF-JEMx<br><br>Hon. Judge Dale S. Fischer<br><br>**STIPULATED JUDGMENT BY CONSENT AS TO DEFENDANT DAVID RAYMOND BROWN ALSO KNOWN AS DAVID BROWN ALSO KNOWN AS DAVID BROWN LEVY** |

After considering the Stipulation of Plaintiff 8th Wonder Pictures, LLC, on the one hand, and Defendant David Raymond Brown also known as David Brown and as David Brown Levy, on the other hand (collectively, the "Parties"), and for good cause appearing,

**IT IS HEREBY ORDERED:**

1. That judgment be entered in this action in favor of 8th Wonder Pictures, LLC against David Raymond Brown also known as David Brown and as David Brown Levy in the amount of $100,000.00 pursuant to the Parties' settlement of this action.

2. That the Parties shall be subject to the jurisdiction of this Court, and this Court shall retain jurisdiction over this action, in connection with any matter relating to or arising out of the enforcement of the Parties' settlement in this action, the terms of this Judgment, or the terms of the Judgment by Consent entered against the other Defendants in this action on May 10, 2021 (Dkt. 59).

3. This Judgment shall be final for all purposes. Pursuant to Brown's waiver in the Stipulation for Entry of this Judgment, Brown shall not be permitted to an appeal or any other review of this Judgment, including findings of fact or conclusions of law, or any other rights and remedies that he may now or at any time hereafter have to attack this Judgment.

**IT IS SO ORDERED.**

DATED: May 18, 2023

HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE